UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AIR TRANSPORT ASSOCIATION OF AMERICA, INC., d/b/a AIRLINES FOR AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>MAURA HEALEY, in Her Official Capacity As Attorney General, Commonwealth of Massachusetts,<br><br>            Defendant. | Civil Act. No. 1:18-cv-10651 |

## JOINT MOTION TO FURTHER AMEND SCHEDULING ORDER

Plaintiff Air Transport Association of America, Inc. d/b/a Airlines for America ("Plaintiff") and Defendant Maura Healey, in her official capacity as Attorney General of the Commonwealth of America ("Defendant") jointly move this Court for a further amendment to the August 16, 2018 Scheduling Order, as amended by this Court's November 16, 2018 and March 6, 2019 Orders.  Specifically, for the reasons set forth below and in the parties' Joint Status report filed August 8, 2019 (Doc. No. 49), the parties jointly request that the deadlines be amended as follows:

- Completion of Document Production For One Airline:  August 30, 2019.

- Completion of Document Production For Remaining Four Airlines:  September 20, 2019.

- Depositions of Airlines (Rule 30(b)(6) and/or Fact Declarants):  To be completed by November 15, 2019.

- Defendants' Expert Reports:  Served on or before November 22, 2019.

- Expert Depositions: To be completed by December 20, 2019.

- Plaintiff's Expert Rebuttal Report: Served on or before January 10, 2020.

- Defendant's Motion for Summary Judgment: Filed and served on or before January 24, 2020.

- Both Parties' Oppositions to Motions for Summary Judgment:[1]  Filed and served on before February 14, 2020.

- Both Parties' Reply Briefs: Filed and Served on or before March 6, 2020.

The further amendment to the as-amended Scheduling Order is necessary due to the practical realities of discovery in this complex, large-scale litigation. As detailed in the parties' Joint Status Report filed on August 8, 2019, much of the discovery contemplated by the Defendant is discovery from non-party individual airlines, and not Plaintiff (an industry trade association of airlines). The airlines from whom Defendant seeks discovery are members of the Plaintiff association. Over the past several months, the parties have worked in good faith to obtain documentary discovery from five airlines in this matter, a case that involves complex constitutional and preemption issues. In addition, per agreement of the parties, Plaintiff has produced transcripts of depositions taken of airline representatives and employees in a case in the United States District Court for the Western District of Washington challenging Washington's paid sick time law on similar grounds. The parties' efforts are detailed in the Joint Status Report (Doc. No. 49) and will not be repeated here in the interest of judicial efficiency. Under the current schedule in this case, the commencement of depositions in this case by Defendant,

---

[1] As detailed in previous joint filings concerning the case schedule for this unique case, Plaintiff has already filed its motion for summary judgment (in November 2018, in accordance with the initial scheduling order), with the understanding among the parties that the agreed discovery and Defendant's filing of its motion for summary judgment would follow after that.

disclosure of the Defendants' expert report(s), and the taking of expert depositions, are subsequent steps which are contingent upon substantial completion of the individual airlines' document production. However, that production has not yet been completed. Accordingly, the parties have further conferred and agreed to the schedule proposed herein, which sets fixed deadlines within the next several weeks for the airlines' completion of document production, and then sets the subsequent deadlines accordingly.

For these reasons, the parties respectfully request that this Court amend the scheduling order in this case as set forth herein.

Respectfully Submitted,

| | |
|---|---|
| MAURA HEALEY, | AIR TRANSPORT ASSOCIATION OF AMERICA, INC. d/b/a AIRLINES FOR AMERICA, |
| By her attorneys, | By its attorneys, |
| By /s/ Matthew Q. Berge<br>Matthew Q. Berge, BBO #560319<br>Douglas S. Martland, BBO # 662248<br>Kimberly A. Parr, BBO # 679806<br>Assistant Attorneys General<br>Pierce O. Cray, BBO # 104630<br>Senior Appellate Counsel<br>Office of the Attorney General<br>One Ashburton Place<br>Boston, MA 02108<br>(617) 963-2310/2062/2489/2084<br>Matthew.Berge@mass.gov<br>Douglas.Martland@mass.gov<br>Kimberly.Parr@mass.gov<br>Pierce.Cray@mass.gov | By  /s/ *Chris A. Hollinger*<br>Chris A. Hollinger<br>#147637 (CA)<br>O'Melveny & Myers LLP<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111<br>Tel:  (415) 984-8700<br>E-Mail:  chollinger@omm.com<br>(Admitted *pro hac vice*)<br><br>Robert A. Siegel<br>#65605 (CA)<br>O'Melveny & Myers LLP<br>400 South Hope Street, 18th Floor<br>Los Angeles, CA 90071<br>Tel:  (213) 430-6005<br>E-Mail:  rsiegel@omm.com<br>(Admitted *pro hac vice*) |

/s/ *Rebecca Francis*
Davis Wright Tremaine LLP
Rebecca Francis (*pro hac vice*, WA Bar No. 41196)
RebeccaFrancis@dwt.com
Harry J. F. Korrell, (*pro hac vice*, WA Bar No. 23173)
harrykorrell@dwt.com
John Hodges-Howell, (*pro hac vice,* WA Bar No. 42151)
jhodgeshowell@dwt.com
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Tel: (206) 622-3150

By  */s/ David P. Mason*
MA BBO #663028
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
One Boston Place, Suite 3500
Boston, MA 02108
Tel: (617) 994-5700
E-Mail:  david.mason@ogletree.com

Dated:  August 13, 2019.

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of August 2019, a true and accurate copy of this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and sent via first class mail to unregistered participants.

By  */s/ David P. Mason*