# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AIR TRANSPORT ASSOCIATION OF AMERICA, INC. d/b/a AIRLINES FOR AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MAURA HEALEY, in her official capacity as Attorney General, Commonwealth of Massachusetts,<br><br>Defendant. | PLAINTIFF'S MOTION TO AMEND SCHEDULING ORDER, WITH ASSENT<br><br><br>Civil Act. No. 1:18-CV-10651-ADB |

Plaintiff Air Transport Association of America, Inc. d/b/a Airlines for America ("Plaintiff") moves this Court for a further amendment to the August 16, 2018 Scheduling Order, (as amended by this Court's November 16, 2018, March 6, 2019, August 15, 2019, November 15, 2019, January 16, 2020, April 2, 2020, and October 8, 2020 Orders) with assent. Plaintiff requests the amendment to the scheduling order to extend certain dispositive motion deadlines by approximately two weeks as follows:

> Plaintiff's And Defendant's Oppositions To Motions For Summary Judgment: Filed on or before February 16, 2021.

> Plaintiff's And Defendant's Reply Briefs In Support Of Motions For Summary Judgment: Filed on or before March 10, 2021.

The further amendment contemplated by this Motion to the as-amended Scheduling Order is necessary due to unanticipated scheduling conflicts of plaintiff's lead counsel. The parties have conferred and agreed to the schedule proposed herein, which sets deadlines that the parties believe will provide an opportunity to fairly respond and reply to the complex arguments contained in their pending dispositive motions.

For the above reasons, the parties respectfully request that the Court amend the scheduling order in this case as set forth herein.

Respectfully submitted this 26th day of January 2021.

Attorneys for Air Transport Association of America, Inc. d/b/a Airlines for America

*/s/ Chris A. Hollinger*
Chris A. Hollinger, #147637 (CA)
O'Melveny & Myers LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: 415.984.8700
E-mail: chollinger@omm.com
(Admitted *pro hac vice*)

Robert A. Siegel, #65605 (CA)
O'Melveny & Myers LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
Telephone: 213.430.6005
E-mail: rsiegel@omm.com
(Admitted *pro hac vice*)

*/s/ John Hodges-Howell*
Harry J. F. Korrell, WSBA #23173
Rebecca Francis, WSBA #41196
John G. Hodges-Howell, WSBA #42151
Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Telephone: 206.622.3150
Fax: 206.757.7700
E-mail: harrykorrell@dwt.com
E-mail: rebeccafrancis@dwt.com
E-mail: johnhodgeshowell@dwt.com
(Admitted *pro hac vice*)

Rachel Reingold Mandel
Ogletree, Deakins, Nash, Smoak
 & Stewart, P.C.
One Boston Place, Suite 3500
Boston, MA 02108
(617) 994-5700

With Assent:

Attorneys for Maura Healey

*/s/ Matthew Berge*
Matthew Q. Berge, BBO #560319
Douglas S. Martland, BBO #662248
Assistant Attorneys General
Office of the Attorney General
One Ashburton Place
Boston, MA 02108
Telephone: 617.963.2310
E-mail: matthew.berge@mass.gov
E-mail: Douglas.Martland@mass.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on the date below stated, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the registered participants identified on the Notice of Electronic Filing.

DATED this 26th day of January 2021.

                                        */s/ Chris A. Hollinger*
                                        Chris A. Hollinger